CITY OF ST. LOUIS v. JOHN GLUM, Appellant.

**Division One, March 1, 1910.**

Appeal from St. Louis Court of Criminal Correction.—
*Hon. Hiram N. Moore,* Judge.

REVERSED.

*Chas. H. Brock* and *Simon S. Bass* for appellant.

*L. E. Walther* and *B. H. Charles* for respondent.

VALLIANT, J.—The facts of this case are substantially like those in the case of The City of St. Louis v. Tielkemeyer, just decided, and reported at page 130 of this report; and, therefore, for the reason stated in the opinion in that case the judgment is reversed and the defendant is discharged. All concur.